IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CARL CORNELIUS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1451-DH |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY INSRUANCE COMPANY,** | § § § § | |
| | § | |
| Defendant. | § | |

## ORDER

On November 7, 2024, the parties in this case dismissed all claims between them with prejudice by joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 28. "Stipulated dismissals under Rule 41(a)(1)(A)(ii). . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party shall bear its respective costs and attorney's fees incurred against one another in connection with this action. **IT IS FURTHER ORDERED** that Defendant's pending motion to limit testimony, Dkt. 25, is **DENIED AS MOOT**.

**SIGNED** on November 12, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE